In re Coleman, Carroll Denny; Riley, Bertha Coleman; Warren, Elvina Coleman; Johnson, Catherine; Jones, Ethel Coleman; Bennett, Gloria; Coleman, Hanes Steven; Moore, Lola Albert; Jones, Lorena Coleman; Coleman; Melinda Terry; Coleman, Melody Ann; Payton, Merline; Coleman, Robert C., Jr.; Coleman, Royal; Richard, Stephanie; Coleman, Wendell, Sr.; Howard, Marion; Smithson, Hortense; Sercye, Anna Mae; Jason, Elenora Johnson; Johnson, Ernest; Johnson, Gertrude; Johnson, Henry Genella; Camel, Joann; Johnson, Leon; Hanes, Mae Lois; Paula, Miguel, Jr.; Johnson, Sherry Shedrick; Johnson, Sydney; Summers, Ramona Davis; Scruggs, Thelma; Tharpe, Josephine Parish; Brooks, Eugene R.; Galloway Helen Hall; Succession of Odeal Dandridge; —Plaintiffs); applying for writ of certiorari and/or review; Parish of Plaquemines, 25th Judicial District Court, Div. “B”, Nos. 38-317, 38-198, 38-199; to the Court of Appeal, Fourth Circuit, Nos. 94CA-1773, 95CA-0896, 95CA-0897.
Denied.
WATSON and BLEICH, JJ., would grant the writ.
MARCUS, J., not on panel.